UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62762-CIV-ALTMAN/Hunt

**KHALED MALEH**,

    Plaintiff,

v.

**HEALTHCARE REVENUE
RECOVERY GROUP, LLC** and
**INPHYNET SOUTH BROWARD, LLC**,

    Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court upon a *sua sponte* examination of the record. To better manage the orderly progress of the case, the Court hereby

**ORDERS** the Defendants in this action to file their responses and motions jointly, unless there are clear conflicts of position. If conflicts of position exist, the Defendants shall file a *Motion for Leave to File Separate Responses and Motions*, in which they will describe what those conflicts are. If the Defendants need more than twenty pages for their responses or motions, they shall file a *Motion for Leave to File Excess Pages*, which the Court will entertain on an expedited basis. Failure to comply with these procedures may result in sanctions, including the striking of the motion(s) or response(s).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record