UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:19-cv-62763- ALTMAN/Hunt

KHALED MALEH,

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC, AND
INPHYNET SOUTH BROWARD,
LLC.

    Defendant.
_____/

## DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 3.8, I certify that the instant action:

____ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ **IS NOT** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

    Dated this **4th day of December, 2019.**

                                          Respectfully submitted,

                                          */s/ Ernest H. Kohlmyer, III*
                                          Ernest H. Kohlmyer, III

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **December 4, 2019**, via the Court Clerk's CM/ECF system which will provide notice to the following: Jibrael S. Hindi, Esquire of The Law Offices of Jibrael S. Hindi at jibrael@jibraellaw.com; Paul Herman, Esquire of Consumer Advocates Law Group, PLLC. at paul@consumeradvocatelaw.com; and Joel A. Brown, Esquire of Friedman & Brown, LLC at joel.brown@friedmanandbrown.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Rachel M. Ortiz
Florida Bar No. 083842
rortiz@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*