UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No.:** 0:19-cv-62762

KHALED MALEH,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, and INPHYNET SOUTH
BROWARD, LLC,

    Defendants.
_____

## JOINT PROPOSED ORDER SETTING
## PRETRIAL DEADLINES AND TWO-WEEK TRIAL PERIOD

| Date | Event |
|---|---|
| 01-31-2020 | Initial Disclosures |
| 02-14-2020 | Joinder of parties and claims, and amendment of pleadings. |
| 08-28-2020 | Deadline to complete all discovery. |
| 09-04-2020 | Mediation must be completed. |
| 09-11-2020 | All dispositive and other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and memoranda of law must be filed. |
| 10-23-2020 | Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). |
| 10-30-2020 | Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. |
| 11-06-2020 | Final pretrial conference |
| 11-09-2020 | Commencement of two-week trial period. |

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida on _____, 2020.

                                                                                    _____
                                                                                    ROY K. ALTMAN
                                                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:

    All Counsel of Record